IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MITCH FRANKS                                                                                    PLAINTIFF

VS.                                                          CIVIL ACTION NO.:1:07-CV108-SA-JAD

CHARLES EAST; ROBERT A. CAMPBELL;
FMC TECHNOLOGIES, INC.; JOHN DOE
DEFENDANTS NO. 1 THROUGH 10; AND ABC COMPANIES
NUMBER 1 THROUGH NUMBER 10                                                      DEFENDANTS

## ORDER DENYING REMAND

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1) Plaintiff's Motion to Remand [8] and Supplemental Motion to Remand [17] are presently **DENIED**.

(2) Plaintiff is hereby **GRANTED** twenty (20) days to file an amended complaint.

(3) The clerk is directed to lift the stay on this case.

SO ORDERED this the 26th day of August 2008.

                                                **/s/ Sharion Aycock**
                                                **UNITED STATES DISTRICT JUDGE**