**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**


**MITCH FRANKS**                                                                    **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO.:1:07-CV108-SA-JAD**

**CHARLES EAST; ROBERT A. CAMPBELL;**                              **DEFENDANTS**
**FMC TECHNOLOGIES, INC.; JOHN DOE**
**DEFENDANTS NO. 1 THROUGH 10; AND ABC COMPANIES**
**NUMBER 1 THROUGH NUMBER 10**

**ORDER**

Pursuant to an opinion issued this day, it is hereby **ORDERED** that:

(1) the Plaintiff's Second Supplemental Motion to Remand [28] is **GRANTED**.

(2) This cause of action is **REMANDED** to the Circuit Court of Chickasaw County,
Mississippi, from whence it came;

(3) therefore, this case is **CLOSED**.

SO ORDERED this the 28th day of April, 2009.


                                        **/s/ Sharion Aycock**
                                        **UNITED STATES DISTRICT JUDGE**